UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON, C47370,

    Plaintiff,

  v.

WARDEN, CHCF, et al.,

    Defendant(s).

Case No. 19-cv-01614-CRB (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at the California Health Care Facility (CHCF) in Stockton, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 2, 2019

_____

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN, et al.,<br><br>    Defendants. | Case No. 3:19-cv-01614-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Overton ID: C47370
Fac E, Bldg 1-B, Cell 105up
California Health Care Facility
P. O. Box 32290
Stockton, CA 95213

Dated: April 2, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Lashanda Scott, Deputy Clerk to the
                                          Honorable CHARLES R. BREYER

United States District Court
Northern District of California